1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY COGAN,

    Defendant.

Case No. 2:13-cv-1263-LDG (VCF)

**ORDER**

Plaintiff, United States of America, has filed a motion for summary judgment. This notice is pursuant to the requirements of Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988), and Arreola v. Mangaong, 65 F.3d 801, 802 (9th Cir. 1995), and is directed toward the *pro se* Defendant, Jeffrey Cogan. This notice is issued to alert Defendant that Plaintiff has submitted evidence in support of its motion for summary judgment. If the court grants summary judgment, then judgment will be entered against Defendant and this action will be closed. This notice contains important information about what you need to do to oppose the motion. Please read it carefully.

As Plaintiff has filed a motion for summary judgment, then you must file points and authorities in opposition to the motion within fourteen days. See Local Rule 7-2(b). The

1  standards governing motions for summary judgment are stated in Rule 56 of the Federal

2  Rules of Civil Procedure.  You should read that rule and be familiar with it.

3      In particular, you should be familiar with Rule 56(c) and (e), which explains what you

4  must do to properly oppose a motion for summary judgment.  In opposing a motion for

5  summary judgment, you cannot rely upon the allegations or statements.  Instead, you must

6  submit evidence that responds to the motion and supports your opposition.  This evidence

7  can be in the form of affidavits, declarations, depositions, answers to interrogatories,

8  admissions, or any other evidence you have that supports your opposition and responds to

9  the evidence submitted by Plaintiff with their motion.

10      If you fail to oppose the motion within fourteen days, or if you fail to submit evidence

11  supporting your opposition, and if the motion for summary judgment has merit, your failure

12  shall constitute a consent to the granting of the motion. See, Local Rule 7-2(d).  The court

13  may then grant the motion because you consented and enter judgment against you. See,

14  Local Rule 7-2(d).  Therefore,

15      **THE COURT ORDERS** that Defendant has fourteen (14) days in which to oppose

16  the pending dispositive motion pursuant to the instructions herein.  If Defendant fails to

17  oppose the motion, then the pending motion shall be submitted for decision.

18

19  DATED this ___//___ day of July, 2014.

20

21                                    Lloyd D. George
                                      United States District Judge
22

23

24

25

26

2