# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY COGAN,

    Defendant.

Case No. 2:13-cv-1263-LDG (VCF)

**JUDGMENT**

This matter having come before the Court on Plaintiff United States of America's Motion for Summary Judgment, the Court having considered the record and having granted the motion, therefore,

THE COURT **ORDERS and ADJUDGES** that Plaintiff United States of America recover from Defendant Jeffrey Cogan the amount of $198,575.94.

DATED this ___12___ day of September, 2014.

_____
Lloyd D. George
United States District Judge